## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## DOCKET NO. 1:09cr57-RLV

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | **FINAL ORDER AND** |
| v. | ) | **JUDGMENT CONFIRMING** |
| | ) | **FORFEITURE** |
| BRYAN KEITH NOEL, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Motion (Doc. 140) of the United States of America for a Final Order and Judgment Confirming Forfeiture.

On September 15, 2010, this Court entered a Preliminary Order of Forfeiture (Doc. 98) against the following property in which Defendant holds an interest subject to forfeiture under 21 U.S.C. § 853(p):

**One 2006 Honda Ridgeline, VIN 2HJYK16576H509699, titled to Bryan Noel and an individual identified herein as "H.N." and seized by the Federal Bureau of Investigation.**

As reflected in the Submission of Declaration of Publication (Doc. 99), from September 16, 2010 through October 15, 2010, the United States published, via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and notice to all third parties of their right to petition the Court within sixty days from September 16, 2010, for a hearing to adjudicate the validity of any alleged legal interest in the property (Dkt. 99). In addition, on July 21, 2011, the Government sent, via United States Postal Service Certified Mail, Return Receipt Requested, notice of this forfeiture action to the last known address of Heather Noel, former spouse of Defendant. On July 29, 2011, the Government received a return receipt bearing the signature, "Heather Noel." The time period in which third parties may file petitions has passed and no third parties have filed petitions. Consequently, in accordance with Rule 32.2(c)(2),

the Court may now enter a Final Order and Judgment Confirming Forfeiture giving the United States clear title to the forfeited assets.

**IT IS, THEREFORE, ORDERED THAT**, the Preliminary Order of Forfeiture is confirmed as final and all right, title, and interest in the following property is therefore forfeited to the United States for disposition according to law:

> **One 2006 Honda Ridgeline, VIN 2HJYK16576H509699, titled to Bryan Noel and an individual identified herein as "H.N." and seized by the Federal Bureau of Investigation.**

Signed: May 23, 2012

Richard L. Voorhees
United States District Judge